NEW JERSEY ET AL. *v.* RUSSO ET AL.

No. 834.   Decided June 20, 1966.

*Brendan T. Byrne* for petitioners.

*Raymond A. Brown* and *Irving I. Vogelman* for respondent Russo.   Respondent Bisignano, *pro se.*

Briefs of *amici curiae,* in support of the petition, were filed by *Arthur J. Sills,* Attorney General of New Jersey, *Alan B. Handler,* First Assistant Attorney General, and *Richard Newman* and *Max Spinrad,* Deputy Attorneys General, for the Attorney General of New Jersey; and by *Arlen Specter* and *Joseph M. Smith* for the District Attorney of Philadelphia County, Pennsylvania.

PER CURIAM.

The motion of respondent Frank Bisignano for leave to proceed *in forma pauperis* is granted.   The petition for a writ of certiorari is also granted and the judgment is vacated.   The case is remanded to the United States District Court for the District of New Jersey for further proceedings in light of *Johnson* v. *New Jersey, ante,* p. 719.

MR. JUSTICE DOUGLAS dissents for the reasons stated in the dissenting opinion in *Johnson* v. *New Jersey, ante,* at 736.